ok
yu

# APPEARANCE BOND FOR A MATERIAL WITNESS

MW arraigned 5-19[redacted]-08 19 DRS.

AUSA Approval: [signature]

FILED
17 AM 11:31

| United States District Court | Southern District of California |
|---|---|
| United States of America v. Jesus Armando Lerma-Castillo | Crim. Case No. 08cr1795-W |
| | Magis. Case No. 08 mj 1544 |

CLERK US DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
BY: eel DEPUTY

Your name
We, Jeanene P Trujillo (name of surety) and Maria Juarez-Ceron (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ 10,000.00 and there has been deposited in the Registry of the Court the sum of $ 1,000.00 in cash. This bond is conditioned upon and posted to secure the appearance of material witness MARIA JUAREZ CERON to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: x Maria J. C. Surety's Signature: sign x Jeanene P Trujillo

Fill in Surety's Home Address: 4955 Clay St

Fill in Material Witness' U.S. Address: Denver, Colorado 80221

Fill in Acknowledgment: The surety noted above signed this bond before me, JEANENE PATRICIA TRUJILLO (print name of person witnessing surety's signature), on 6-9-08 (date), at DENVER, COLO (city/state).

My address is: 4504 SHERIDAN BLVD, DEN. CO. 80212

Signature Of Person Witnessing Surety's Signature: x José A. Baca Dated: 6-9-08

JOSE A. BACA NOTARY PUBLIC STATE OF COLORADO

Bond Approved: [signature], United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

ORIGINAL

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

Fillio
I, Jeanene p Trujillo (print name of owner of cash), state that I reside at 4955 clay st Denver co 80221, and that I am the owner of the $ ______ cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

DATE Dated: 6-9-08

SIGN X Jeanene P Trujillo
Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

Fillio
I, Jeanene p Trujillo (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ 10,000.00, and that I reside at 4955 clay st Denver co 80221.

DATE Dated: 6-9-08

SIGN X Jeanene Trujillo
Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

DATE Dated: 6-9-08

SIGN X Jeanene p Trujillo
Signature of the Surety

RECEIVED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAC 151994 $1000 DEPUTY

## MATERIAL WITNESS INFORMATION SHEET

**CASE INFORMATION**

Case Name: U.S. v. Jesus Armando Lerma-Castillo    Case No. 08 Cr 1795 W

AUSA Name: ______    AUSA Telephone: ______

Case Agent: Michael J. Prado    Agency: U.S. DHS... CBP.

**INFORMATION ABOUT THE MATERIAL WITNESS**

Name: Maria Juarez-Ceron    A-Number: 88 751 929

Date of Birth: 12-14-70    Immigration Status: Mexican citizen

Foreign Address: Puebla; Mexico

Did The Material Witness Sign An I-826? ______    Relationship to Defendant: None

Fill in

**PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE**

Name: Jeanene p Trujillo    Relationship to Witness: Friend

Home Address: 4955 clay st

Business Address: 1881 pierce st

Home Telephone: 303-564 9670    Business Telephone: N-A

Fill in if necessary

**RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.**

Name: ______    Relationship to Witness: ______

Home Address: ______

Business Address: ______

Home Telephone: ______    Business Telephone: ______

**ATTORNEY FOR THE MATERIAL WITNESS**

Name: Dorothy R. Shelton    Tel: (619) 239-9387    Fax: (619) 239-0428

Address: 110 West C St #711, San Diego, CA. 92101

Fill in all spaces

**INFORMATION ABOUT THE SURETY**

Name: Jeanene p Trujillo    Relationship to Witness: Friend

Immigration Status: Citizen    Relationship to Defendant: None.

Home Address: 4955 Clay St Denver Co 80221

Business Address: 1881 pierce St Lakewood Co 80214

Home Telephone: 303-564 9670    Business Telephone: N-A

Does The Surety Have An Immigration Record (if so, the charges): No

Does The Surety Have A Criminal Record (if so, the charges): NO

---

**FOR INS USE ONLY**

1. MATERIAL WITNESS ☐    SURRENDERED ☐    FAILED TO APPEAR ☐
2. ______ ______

*Signature*    *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd

CERTIFICATION OF VITAL RECORD

# STATE OF COLORADO

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
CERTIFIED ABSTRACT OF BIRTH

| | |
|---|---|
| STATE FILE NUMBER<br>1051983005646 | DATE FILED<br>MARCH 09, 1983 |
| NAME OF REGISTRANT<br>JEANENE PATRICIA TRUJILLO | |
| DATE AND TIME OF BIRTH<br>FEBRUARY 23, 1983 12:42 P.M. | SEX<br>FEMALE |
| CITY OF BIRTH<br>DENVER | COUNTY OF BIRTH<br>DENVER |
| MOTHER'S MAIDEN NAME<br>JANET LEA MADRIGAL | FATHER'S NAME<br>JOHN PAUL TRUJILLO |
| MOTHER'S PLACE OF BIRTH<br>COLORADO | FATHER'S PLACE OF BIRTH<br>COLORADO |
| MOTHER'S AGE<br>29 | FATHER'S AGE<br>31 |

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS AS RECORDED IN THIS OFFICE.

DATE ISSUED
MARCH 04, 1996

JOSEPH D. CARNEY
STATE REGISTRAR

SS672535

Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if any person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

VR 101 8/90

STATE OF COLORADO 1876 NIL SINE NUMINE

American Bank Note Company

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

JEANENE PATRICIA TRUJILLO

Jeanene Patricia Trujillo
SIGNATURE

SOCIAL SECURITY ADMINISTRATION

| ORGANIZATION ID | EMPLOYEE ID | PAY PERIOD ENDING | CHECK/ADVICE NO. | FED/STATE-TAX CODES |
|---|---|---|---|---|
| TAA | [redacted] | 04/30/2008 | 394693 | S01 S01 |

NAME JEANENE P TRUJILLO — DEPT REV MVD-DRIVER SERVICES

| | GROSS PAY | TAXABLE GROSS | TAXES | OTHER | | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,500.00 | 2,296.32 | 357.89 | 203.68 | | 1,938.43 |
| YEAR TO DATE | 10,000.00 | 9,185.28 | 1431.57 | | | |

**HOURS AND EARNINGS**

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS |
|---|---|---|
| REGULAR | 176.00 | 2,500.00 |
| ***TOTAL GROSS*** | | 2,500.00 |

**EMPLOYEE BEFORE-TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 125 DENTAL | 4.00 | 16.00 |
| PERA RETR EMP | 199.68 | 798.72 |

**EMPLOYEE AFTER-TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|

**TAXES**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| MEDICARE DED | 36.19 | 144.77 |
| FEDERAL TAX | 235.70 | 942.80 |
| STATE TAX - CO | 86.00 | 344.00 |

**STATE PAID BENEFITS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| ST DENTAL CONT | 18.88 | 75.52 |
| PERA ST CONTRIB | 253.34 | 1,013.36 |
| PERA AED | 34.94 | 139.76 |
| PERA SAED | 12.48 | 49.92 |
| MEDICARE CONT | 36.19 | 144.77 |
| STATE LIFE | 8.04 | 32.16 |
| SHORT TRM DISAB | 3.25 | 13.00 |

MESSAGE:

**CPPS**
Colorado Personnel Payroll System

STATE OF COLORADO

| MONTH | DAY | YEAR |
|---|---|---|
| 04 | 30 | 2008 |

NET PAY WAS DEPOSITED

AT DENVER COMMUNITY FCU

JEANENE P TRUJILLO
4955 CLAY ST
DENVER CO 80221

STATE OF COLORADO · NIL SINE NUMINE · 1876

**NON NEGOTIABLE**

| ORGANIZATION ID | EMPLOYEE ID | PAY PERIOD ENDING | CHECK/ADVICE NO. | FED/STATE-TAX CODES |
|---|---|---|---|---|
| TAA | 997040329 | 05/31/2008 | 442533 | S01 S01 |

NAME JEANENE P TRUJILLO DEPT REV MVD-DRIVER SERVICES

| | GROSS PAY | TAXABLE GROSS | TAXES | OTHER | | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,500.00 | 2,296.32 | 357.89 | 203.68 | | 1,938.43 |
| YEAR TO DATE | 12,500.00 | 11,481.60 | 1789.46 | | | |

**HOURS AND EARNINGS**

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS |
|---|---|---|
| REGULAR | 176.00 | 2,500.00 |
| ***TOTAL GROSS*** | | 2,500.00 |

**EMPLOYEE BEFORE-TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 125 DENTAL | 4.00 | 20.00 |
| PERA RETR EMP | 199.68 | 998.40 |

**EMPLOYEE AFTER-TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|

**TAXES**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| MEDICARE DED | 36.19 | 180.96 |
| FEDERAL TAX | 235.70 | 1,178.50 |
| STATE TAX - CO | 86.00 | 430.00 |

**STATE PAID BENEFITS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| ST DENTAL CONT | 18.88 | 94.40 |
| PERA ST CONTRIB | 253.34 | 1,266.70 |
| PERA AED | 34.94 | 174.70 |
| PERA SAED | 12.48 | 62.40 |
| MEDICARE CONT | 36.19 | 180.96 |
| STATE LIFE | 8.04 | 40.20 |
| SHORT TRM DISAB | 3.25 | 16.25 |

MESSAGE:

**CPPS**
Colorado Personnel Payroll System

STATE OF COLORADO

| MONTH | DAY | YEAR |
|---|---|---|
| 05 | 30 | 2008 |

NET PAY WAS DEPOSITED

AT DENVER COMMUNITY FCU

JEANENE P TRUJILLO
4955 CLAY ST
DENVER CO 80221

**NON NEGOTIABLE**

Form **1040** Department of the Treasury—Internal Revenue Service

# U.S. Individual Income Tax Return 2007

IRS Use Only—Do not write or staple in this space.

**Label** (See instructions on page 12.) **Use the IRS label.** Otherwise, please print or type.

LABEL HERE

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , ending

OMB No. 1545-0074

| Your first name | M.I. | Last name | Suffix | Your social security number |
|---|---|---|---|---|
| Jeanene | | Trujillo | | 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 |
| If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security number |
| | | | | |

| Home address (number and street). If you have a P.O. box, see page 12. | Apt. no. |
|---|---|
| 4955 Clay St | |

You **must** enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.
Denver CO 80221

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ First name Last name
4 ☒ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ First name Last name SSN
5 ☐ Qualifying widow(er) with dependent child (see page 14)

Check only one box.

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a — Boxes checked on 6a and 6b: 1
b ☐ **Spouse**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|
| Macario Christop Gomez | 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 | Child | ☒ |
| Alyssa Marie Stevens | 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 | Child | ☒ |
| Michael Chacon III | 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 | Child | ☒ |
| | | | ☐ |

If more than four dependents, see page 15.

No. of children on 6c who: • lived with you: 3
• did not live with you due to divorce or separation (see page 16): 0
Dependents on 6c not entered above: 0
Add numbers on lines above ▶ 4

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 27,532 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 19) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a — b Taxable amount (see page 21) | 15b | |
| 16a | Pensions and annuities — 16a — b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see page 24) | 20b | 0 |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 27,532 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 27,532 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.**
(HTA) Form **1040** (2007)

Form 1040 (2007) Jeanene Trujillo 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 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 27,532 |
| 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked | 39a | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here | 39b ☐ | |
| 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 7,850 |
| 41 | Subtract line 40 from line 38 | 41 | 19,682 |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | 13,600 |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 6,082 |
| 44 | **Tax** (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | 44 | 608 |
| 45 | **Alternative minimum tax** (see page 36). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 | 46 | 608 |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| 49 | Education credits. Attach Form 8863 | 49 | |
| 50 | Residential energy credits. Attach Form 5695 | 50 | |
| 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | 408 |
| 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | 200 |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your **total credits** | 56 | 608 |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | 0 |

**Standard Deduction for—**
- People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31.
- All others:

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | |
| 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57 through 62. This is your **total tax** | 63 | 0 |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 2,836 |
| 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| 66a | **Earned income credit (EIC)** | 66a | 2,160 |
| b | Nontaxable combat pay election | 66b | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | 2,367 |
| 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** | 72 | 7,363 |

## Refund

Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888.

| Line | Description | | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 7,363 |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ☐ | 74a | 7,363 |
| b | Routing number 302075694 c Type: [X] Checking ☐ Savings | | |
| d | Account number 0000735496 | | |
| 75 | Amount of line 73 you want **applied to your 2008 estimated tax** | 75 | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 | 76 | 0 |
| 77 | Estimated tax penalty (see page 61) | 77 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 61)? [X] **Yes.** Complete the following. ☐ **No**

Designee's name: Preparer Phone no.: (303) 657-9330 Personal identification number (PIN): 52482

## Sign Here

Joint return? See page 13. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | 1/14/2008 | Employee | 303-564-9670 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

## Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|
| Margaret Rebaza | 1/15/2008 | [X] | P00398412 |

Firm's name (or yours if self-employed), address, and ZIP code: PerMex Servicios Integrados, 3090 W 72nd Ave, Westminster State CO ZIP code 80030

EIN:

Phone no. 303-657-9330